**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF TEXAS

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **BBL Builders, L.P.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **14-1831973** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3401 Premier Drive**<br>**Plano, TX 75023**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Collin**<br>County | **Location of principal assets, if different from principal place of business**<br>**3401 Premier Drive Plano, TX 75023**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

■ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **BBL Builders, L.P.**                                                                Case number (*if known*) _____
_____
Name

**7.   Describe debtor's business**        A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**        *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    **BBL Builders, L.P.** _____      Case number (*if known*) _____
          Name

---

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49                 ☐ 1,000-5,000          ☐ 25,001-50,000
☐ 50-99                ☐ 5001-10,000          ☐ 50,001-100,000
☐ 100-199              ☐ 10,001-25,000        ☐ More than100,000
■ 200-999

---

**15. Estimated Assets**

■ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000       ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000             ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000       ■ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

| Debtor | **BBL Builders, L.P.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

■ **Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 14, 2016**
             MM / DD / YYYY

**X /s/ Mark Bette**                            **Mark Bette**
Signature of authorized representative of debtor          Printed name

Title    **Managing Member of General Partner**

---

**18. Signature of attorney**

**X /s/ Eric A. Liepins**                  Date   **October 14, 2016**
Signature of attorney for debtor                              MM / DD / YYYY

**Eric A. Liepins**
Printed name

**Eric A. Liepins P.C.**
Firm name

**12770 Coit Road**
**Suite 1100**
**Dallas, TX 75251**
Number, Street, City, State & ZIP Code

Contact phone   **972-991-5591**       Email address   **eric@ealpc.com**

**12338110**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name **BBL Builders, L.P.** | |
| United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS** | ☐ Check if this is an |
| Case number (if known): _____ | amended filing |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
                                                                                                12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ABER FENCE & SUPPLY CO. INC. 12239 Mosielee Street Houston, TX 77086** | | | | | | **$190,313.17** |
| **ABSOLUTE CONCRETE 3311 RICHMOND STE 230 Houston, TX 77098** | | | | | | **$214,820.71** |
| **ADVANCED FRAMING CONSTR 8553 North Beach Street 341 Keller, TX 76244** | | | | | | **$351,733.77** |
| **BREWER CARPET&DESIGNC ENTER 300 SOUTH PORTLAND AVE OKLAHOMA City, OK 73108** | | | | | | **$306,166.81** |
| **BUILDERS FIRSTSOURCE 1750 Westpark Drive, Ste 100 Grand Prairie, TX 75050** | | | | | | **$550,478.60** |
| **CASEY HYMAN PLUMBING, INC. 5650 Dixie Dr A Pensacola, FL 32503** | | | | | | **$239,216.59** |
| **CHASCO CONSTRUCTORS PO BOX 1057 ROUND RORCK, TX 78680** | | | | | | **$198,491.20** |

Debtor   **BBL Builders, L.P.**
_____
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CHOATE USA PO Box 118114 Carrolton, TX 75011 | | | | | | $248,421.31 |
| GARCIAS DRYWALLCONTRA CTORS 3058 TOPAZ LANE FARMERS BRANCH, TX 75234 | | | | | | $499,811.18 |
| GENERAL ELECTRIC/GE APPLIANCES INC PO Box 840136 Dallas, TX 75284 | | | | | | $219,087.66 |
| GULF COAST UTILITY CONTRACTORS 13938 Hwy 77 Southport, FL 32409 | | | | | | $216,104.34 |
| HR MECHANICAL, LLC 19 Harbour Drive Houston, TX 77058 | | | | | | $308,417.64 |
| LEGACY CONSTRUCTION 11450 US HWY 380 SUITE 130 BOX 123 CROSS ROADS, TX 76227 | | | | | | $347,847.05 |
| LIGHTS FANTASTIC 2055 LUNA ROAD SUITE 172 CARROLITON, TX 75006 | | | | | | $12,229,219.00 |
| Notlex Truss 8800 FM 916 Grandview, TX 76050 | | | | | | $193,041.80 |
| PERFORMANCE MECHANICAL 2909 Durant CT Granbury, TX 76049 | | | | | | $344,662.01 |
| R&S COMMERCIAL SERVICES LP 10462 Plano Road Dallas, TX 75238 | | | | | | $224,558.86 |
| RANGER ELECTRICAL INC. PO BOX 3153 FLINT, TX 75762 | | | | | | $232,178.52 |

Debtor   **BBL Builders, L.P.**
_____          Case number *(if known)*   _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SILLS-SWINDELL INC PO Box 332 Cedar Hill, TX 75104** | | | | | | **$188,756.73** |
| **TEALSTONE COMMERCIAL INC. 2612 Sirius Drive Denton, TX 76208** | | | | | | **$1,410,122.65** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Texas

In re  **BBL Builders, L.P.** _____  Case No. _____

_____ Debtor(s)   Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Bette Limited Partnership**<br>**22 Century Hill Drive**<br>**Latham, NY 12110** | | | **96% Limited Partner** |
| **Martex, LLC**<br>**22 Century Hill Drive**<br>**Latham, NY 12110** | **General Partner** | | **4%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member of General Partner** of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **October 14, 2016** _____   Signature  **/s/ Mark Bette** _____

**Mark Bette**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Revised 12/1/2009                                                                                       LBR Appendix 1007-b-6

# United States Bankruptcy Court
## Eastern District of Texas

In re    **BBL Builders, L.P.**                                                    Case No.
                                                      Debtor(s)       Chapter      **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of General Partner of the partnership named as the debtor in this case,

hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **October 14, 2016**                           **/s/ Mark Bette**
                                                        **Mark Bette/Managing Member of General Partner**
                                                        Signer/Title

A-1 Water Wells
PO Box 1024
Winnsboro, TX 75494

ABER FENCE & SUPPLY CO. INC.
12239 Mosielee Street
Houston, TX 77086

Absolute Concrete
500 N. Shoreline, Ste. 901
Corpus Christi, TX 78401

ACTION WINDOW COVERINGS,INC.
PO Box 19589
Houston, TX 77224-9589

ACTON MOBILE INDUSTRIES
PO Box 758689
Baltimore, MD 21275-8689

ADVANCED FRAMING CONSTR
8553 North Beach Street
341
Keller, TX 76244

ADVANCED INTEGRATED NETWORK
434 BREESPORT
San Antonio, TX 78216-2603

ADVANTAGE PEST CONTROL
PO Box 941087
Plano, TX 75094-1087

AERIAL OKLAHOMA INC
4501 N Classen Blvd Suite 113
Oklahoma City, OK 73118

AERIAL PHOTOGRAPHY INC
618 NE 26th Street
Fort Lauderdale, FL 33305

AERO PHOTO
4000 16th Street North
Saint Petersburg, FL 33703

AHERN RENTALS INC
PO Box 271390
Las Vegas, NV 89127-1390

AIM PAVING & CONSTRUCTION LLC
4709-D Turner Warnell
Arlington, TX 76001

ALANIS MASON AND STUCCO
5204 SHERBURNE DRIVE
Arlington, TX 76018

Alaniz Constraction Services
21619 Sunset View Drive
Crosby, TX 77532

ALL AMERICAN EXTERIORS OF GA
120 Park 42 Drive Suite B
Locust Grove, GA 30248

ALL STAR STEEL SERVICES, INC.
1403 F.M 947
Timpson, TX 75975

ALLEN COMMERCIAL INDUSTRIES
11301 Mosier Valley Rd
Euless, TX 76040

ALLIED INSULATION & SUPPLY INC
2737 Market Street
Garland, TX 75041

ALLSTATE LANDSCAPE LLC
PO Box 271437
Flower Mound, TX 75027

ALPHA CONCRETE CONTRACTORS
PO Box 5010
Longview, TX 75608

ALPHA INSULATION&WATERPROOFING
1010 E. Dallas Road
Grapevine, TX 76051

ALPHA TESTING
2209 Wisconsin Street Suite 100
Dallas, TX 75229

AMERICAN EXPRESS
PO Box 1270
Newark, NJ 07101-1270

AMERICAN PEST CONTROL
PO Box 80476
Midland, TX 79708

AMX FIRE PROTECTION SYSTEMS
2351 W Northwest Highway
Suite 2118
Dallas, TX 75220

AQUATIC POOLS INC.
111 Industrial Park Loop
Rio Rancho, NM 87124

ARC TEXAS
PO Box 203890
Dallas, TX 75320-3890

ARCHITECTURAL FENCE CO OF CORPUS
216 Indiana Avenue
Corpus Christi, TX 00078-4404

ARCI LTD
PO Box 7059
The Woodlands, TX 77387

AREA WIDE PAVING
723 CR 2301
Sulphur Springs, TX 75482

AT YOUR DISPOSAL INC
PO Box 206516
Dallas, TX 75320-6516

AUSTIN BROTHERS CONSTRUCTION
300 E.P. Dawson Rd.
Maypearl, TX 76064

AUSTIN MORGAN FIRE & SAFETY
358 Cattlemans Trail
Royse City, TX 75189

BAKERS BACKHOE SERVICES
142 Wayside Drive
Elgin, TX 78621

BAYSIDE STRUCTURES, LLC
3 West Garden Street
Suite 401
Pensacola, FL 32502

BCS ELECTRIC, LLC
3500 WASHINGTON AVE
SUITE 100
HOUSTON, TX 77007

BEE & BEE ENTERPRISES
PO Box 850802
Mesquite, TX 75185

BEJARANO CONSTRUCTION INC
1511 N New Braunfels Avenue
San Antonio, TX 78208

BLUE LINE RENTAL LLC
PO Box 840062
Dallas, TX 75284-0062

BLUE SKY SALES INC
806 Dalworth
Mesquite, TX 75149

BMC WEST CORPORATION
720 E. Park Blvd. Suite 200
Boise, ID 83712

BOYETTS PORTABLE RESTROOM
7300 Mobile Highway
Pensacola, FL 32526

BREWER CARPET&DESIGNCENTER
300 SOUTH PORTLAND AVE
OKLAHOMA City, OK 73108

BRIDGEWELL RESOURCES LLC
PO Box 23372
Tigard, OR 97281

BRITTON LUMBER & SUPPLY INC
9223 North Western avenue
OKLAHOMA City, OK 73114

BUILDERS FIRSTSOURCE
1750 Westpark Drive, Ste 100
Grand Prairie, TX 75050

BUILDING SPECIALTIES, INC
6450 Bingle Road Suite 200
Houston, TX 77092

BUSINESS CONSTRUCTION SVC
3500 WASHINGTON AVE
SUITE 100
HOUSTON, TX 77007

C-CON SERVICES, INC.
2230 Joe Field Rd.
Dallas, TX 75229

C. DOCK FRAMING II, INC.
9827 POTRANCO ROAD
SUITE 103-183
San Antonio, TX 78251

CARDINAL AQUATIC POOLS
6500 N.W. 10th
OKLAHOMA City, OK 73127

CARDNO ATC
PO Box 123263
Dallas, TX 75312-3263

CASEY HYMAN PLUMBING, INC.
5650 Dixie Dr A
Pensacola, FL 32503

CC Disposal Service
P.O. Box 260430
Corpus Christi, TX 78426

CEMPLEX GROUP TX, BH GROUP
5225 NORWOOD ROAD
DALLAS, TX 75247

CENTRAL FIRE PROTECTION INC
11419 Mathis Ave., Suite 204
Dallas, TX 75234

CEPEDA DRYWALL
3134 PARKER RD
SUITE A
HOUSTON, TX 77093

CERTIFIED TERMITE & PEST
11227 N STEMMONS FRWY
DALLAS, TX 75229

CERTIFIED TERMITE & PEST CTRL
PO Box 270537
Corpus Christi, TX 78427

CHAMPION WASTE SERVICES
PO Box 701689
Dallas, TX 75370

CHASCO CONSTRUCTORS
PO BOX 1057
ROUND RORCK, TX 78680

CHOATE USA
PO Box 118114
Carrolton, TX 75011

CHRISTIAN CABLE GROUP INC
110 METROTEX DRIVE
HASLET, TX 76052

CINTAS FIRST AID AND SAFETY
PO BOX 631025
Cincinnatti, OH 45263

Citi Air Service Inc
11836 Judd Court
Suite 348
Dallas, TX 75243

CODY POOLS INC
5117 S IH 35
Georgetown, TX 78626

COLDWATER PLUMBING SERV INC.
15330 LBJ FREEWAY
SUITE 206
MESQUITE, TX 75150

COMMERCIAL CLEANING SERVICES
4202 San Jacinto St
Odessa, TX 79762

COMMERCIAL GLASS AND MATERIAL
1220 W. Rock Creek Road
Norman, OK 73069-8531

Contract Pro
13785 Research Blvd
Suite 125
Austin, TX 78750

COOPER EXCAVATION, INC.
2230 Joe Field Road
Dallas, TX 75229

CORESLAB STRUCTURES ATLANTA
1655 Noah's Ark Rd.
Jonesboro, GA 30236

CORNERSTONE SECURITY, INC.
5600 Oakbrook Parkway,Suite 240
Norcross, GA 30093

COUNTRY LIVING POOLS
5842 Groseto Drive
Frisco, TX 75034

COWART DOOR SYSTEMS
204 West Powell Lane
Building 2 Suite B
Austin, TX 78753

COX POOLS
17687 Ashley Drive
Panama City Bch., FL 32413

CRIBLEY ENTERPRISES, INC.
12019 NACOGDOCHES RD
San Antonio, TX 78217

CRITICAL ELECTRIC SYSTEMS
704 Central Parkway East 1200A
Plano, TX 75074

CROSSLANDS A&A SALES CO
15 Southwest 29th Street
OKLAHOMA City, OK 73109

CULLIGAN OF CORPUS CHRISTI
110 West Fremont Street
Owatonna, MN 55060

CURRENT TECHNOLOGY GROUP
2500 Drane Field Road
Suite 205
Lakeland, FL 33811

D3 SURFACES, LLC
460 S. BELTLINE RD #426
IRVING, TX 75060

DEANS SWEEPER SCRUBBER SERVICE
704 W Silvermeadow Drive
OKLAHOMA City, OK 73110

DEIHL ENTERPRISES, INC.
11794 W.HWY 264
Bentonville, AR 72712

DELTA DALLAS STAFFING
Tollway Plaza II
15950 N Dallas Parkway Suite 500
Dallas, TX 75248

DESTIN GLASS INC
639 Harbor Blvd
Destin, FL 32541

DFW INTERIORS
11420 Plano Road
Dallas, TX 75243

DRY UTILITIES OF TEXAS LLC
23714 TRES CORONAS
SPICEWOOD, TX 78669

EAGLE ROOFING&CONSTRCTN
3980 BOAT CLUB RD.
SUITE 209
TX 76135

EDWARDS STEEL SOLUTIONS, LLC
4728 Spottswood #127
Memphis, TN 38117

ELEGANCE IN STONE LLC
919 NW 74TH STREET
OKLAHOMA City, OK 73116

ELITE DOOR & TRIM INC
3401 E. University, Suite 206
Denton, TX 76208

ELITE MULTIFAMILY INTERIORS
15167 BUSINESS AVENUE
ADDISON, TX 75001

ENCORE MECHANICAL
P. O. Box 142683
Austin, TX 78714

Eric W. Stall
2021 S. Lewis Ave., Ste. 335
Tulsa, OK 74104

ERWS, INC.
PO BOX 15365
Fort Worth, TX 76119

ESTES PLASTERING, LLC
PO BOX 6660
Tyler, TX 75711

EXCEL STEEL CORPORATION
1760 W. Northwest Highway
Dallas, TX 75220

FARMER FUQUA & HUFF, PC
2435 N Central Expressway Ste 700
Richardson, TX 75080-2731

FEDERAL PEST MANAGEMENT
102 Country Place
Wylie, TX 75098

Fencecrete America, Inc
15089 Stradesman Drive
San Antonio, TX 78249

FIRST CHOICE SERVICES
10707 Stemmons Freeway
Dallas, TX 75220

FIXTURE EXCHANGE CORPORATION
3000 W. Pafford
Ft. Worth, TX 76110

FOLIAGE FACTORY LANDSCAPE INC
10724 White Settlement Road
Fort Worth, TX 76108

FULLERS CONSTRUCTION CONSULTING
11570 Lagrange Drive
Frisco, TX 75035

GARAGE DOOR SERVICE OF HOUSTON
2212 Commerce Dr
Arlington, TX 75063

GARCIAS DRYWALLCONTRACTORS
3058 TOPAZ LANE
FARMERS BRANCH, TX 75234

GARLAND INSULATING COMPANY INC
PO Box 550368
Dallas, TX 75355-0368

GC CONTRACTORS
4918 FM 982
Princeton, TX 75407

GENERAL ELECTRIC/GE APPLIANCES INC
PO Box 840136
Dallas, TX 75284

GEOSCIENCE ENGINEERING R
& Testing North Texas
2712 Satsuma # 400
Dallas, TX 75229

GIBSON WELDING SHEET METALVENT
335 Mountain Drive
Dentin, FL 32541

GLASSHOUSE
919 Dragon Street
Dallas, TX 75207

GRAINGER
Dept. 841877012
PO Box 419267
Kansas City, MO 64141-6267

GRAYS CONSTRUCTION COMPANY
18330 Crosslin Rd
Earlsboro, OK 74840

GREATER DALLAS ROOFING LLC
2976 East Hwy 67
Rainbow, TX 76077

GULF COAST UTILITY CONTRACTORS
13938 Hwy 77
Southport, FL 32409

GUY'S GUTTERS
10624 S. Choctaw Road
Newalla, OK 74857

H&H PLUMBING & UTILITIES, INC
266 Industrial Blvd
Goldsby, OK 73093-9116

HAAS RESOURCES
PO Box 271355
Corpus Christi, TX 78427

HARRISON CONTRACTING CO.
65 E INDUSTRIAL COURT
VILLA RICA, GA 30180

HARTFORD COMMERCIAL PLUMBING
741 Dulles Avenue, Suite D
Stafford, TX 77477

HIGHTECH SIGNS DFW
1878 W. Mockingbird Lane
Dallas, TX 75235

HILLCO BUILDING SERVICE LLC
1109 Hub Street
Houston, TX 77023

HOCUTT INC
8360 Moberly Lane
Dallas, TX 75227

HOME DEPOT CREDIT SERVICES
PO Box 9001043
Louisville, KY 40290-1043

HR MECHANICAL, LLC
19 Harbour Drive
Houston, TX 77058

HTJ GLOBAL ELECTRIC
3342 US HWY 80E
MESQUITE, TX 75149

HYMAN PLUMBING COMPANY
9880 Lost Lane
Chappell Hill, TX 77426

IDEAL WALLS CONSTRUCTION, INC
1235 Ranger Highway
Weatherford, TX 76086

IES RESIDENTIAL, INC.
3105 Moon Station Rd. NW
Kennesaw, GA 30144

IMPACT FLOORS OF TEXAS, LP
3700 Pipestone
Dallas, TX 75212

IMPORTED DECOR INC.
5921 Richmond Ave
Houston, TX 77057

INPRO FABRICATION LTD
4200 LUBBOCK AVE
Fort Worth, TX 76115

INTEGRA FIRE PROTECTION, LLC
10850 Switzer Ave # 105
Dallas, TX 75238

INTERNATIONAL IMPORT SUPPLY
375 PARKWAY 575 SUITE 240
WOODSTOCK, GA 30188

J R BALL CONTRACTING GROUP
2275 Ford Avenue
Springdale, AR 72764

J&L DISTRIBUTORS
PO Box 1676
Sugarland, TX 77487

J.R. HOBBS COMPANY -ATLANTA
2021 Cedars Road
Suite 100
Lawrenceville, GA 30043

JMD& CONSTRUCTION
400 AUSTIN AVENUE
SUITE 103
WACO, TX 76701

KAP COMMUNICATIONS INC
1965 Post Rd
Suite 307
New Braunfels, TX 78130

KING'S SITE CONSTRUCT CLEANINC
533 Buffalo Creek Drive
Desoto, TX 75115

KINGDOM GRANITE, LLC
4760 Preston Road Suite 244-292
Frisco, TX 75034

KITCHEN CABINETS INC
2353 N.W. Dallas Street
Grand Prairie, TX 75070

KOCH CONSTRUCTION CO., INC.
6131 Edith Blvd. NE,Ste C
Albuquerque, NM 87107

KOETTER FIRE PROTECTION
1969 Saratoga Blvd Bldg 12
Corpus Christi, TX 78417

L.PUGH & ASSOCIATES, INC.
10108 N. PALAFOX HWY
PENNSACOLA, FL 32534

LABOR READY CENTRAL INC
PO BOX 676412
DALLAS, TX 75267-6412

LABOR READY SOUTHEAST INC
PO BOX 676412
DALLAS, TX 75267-6412

LABORMAX STAFFING
PO BOX 900
KEARNEY, MO 64060

LEGACY CONSTRUCTION
11450 US HWY 380
SUITE 130 BOX 123
CROSS ROADS, TX 76227

LEGACY VINYL WINDOWS LP
1813 KELLY BLVD
CARROLlTON, TX 75006

LIGHTS FANTASTIC
2055 LUNA ROAD SUITE 172
CARROLlTON, TX 75006

LITHKO CONTRACTING, INC.
PO Box 270
Monroe, OH 45050

LMI LANDSCAPES INC
1437 Halsey Way
Carrollton, TX 75007

LMI Landscapes, Inc.
1437 Halsey Way
Carrollton, TX 75007

Lonestar Electric
4200 N. Sam Houston Parkway
Houston, TX 77086

M-CO, INC.
PO Box 893172
OKLAHOMA City, OK 73189

Marble Palace Corportation
P.O. Box 1971
Mansfield, TX 76063

MARINO PAINTING
1760 Valley Avenue Apt D
Homewood,, AL 35209

MAX URBAN MILLWORK
1301 W COPANS RD # B 6
POMPANO BEACH, FL 33064

MAXIM FIRE SYSTEMS, LLC
8930 DIPLOMACY ROW
DALLAS, TX 75247

MCGUIRE CRADDOCK STROTHER PC
2501 N HARWOOD SUITE 1800
DALLAS, TX 75201

MEIERHOFER ELECTRIC LLC
6001 Quality Hill Road
Colleyville, TX 76034

MERRITT TENNIS & TRACK
PO Box 75728
OKLAHOMA City, OK 73147

METAL CONSTRUCTION MAT'LS INC
7229 JACKRABBITT ROAD
Houston, TX 77095

MICHAEL PAGE INTERNATIONAL
177 Broad Street 7th Floor Ste 700
Stamford, CT 06901

MINOL, L.P.
15280 Addison Road, Suite 100
Addison, TX 75001

MIRACLE METHOD OF CORPUS CHRISTI
5825 PATTON STREET
Corpus Christi, TX 78414

MISTER RALPH'S INC
1000 Dragon St
Dallas, TX 75207-4292

MISTER SPARKY #70
2624 KENSINGTON DRIVE SUITE 110
TYLER, TX 75703

MM LIGHTING LP
PO BOX 1027
BELLAIRE, TX 77402-1027

MOBILE MINI I  INC
PO BOX 7144
PASADENA, CA 91109-7144

MOBILE MODULAR MANAGEMENT
PO BOX 45043
San Antonio, CA 94145-5043

MOWREY ELEVATOR CO.OF FLORIDA
4518 Lafayette Street
Marianna, FL 32446

MULTI FRAMING, INC.
816 E Hwy 121 Ste 105
Lewisville, TX 75057

Mustang Station Ltd
c/o Western Securities
5300 Town & Country Blvd
Suite 265
Frisco, TX 75034

NANCE'S RESIDENTIAL & COMM
CLEANING SERVICE LLC
14343  E. RIDGE ROAD
ARP, TX 75750

NAPCO  PRECAST , LLC
6949 Low Bid Lane
San Antonio, TX 78250

NATIONAL CONSTRUCTION RENTALS
PO BOX 4503
PACOIMA, CA 91333-4503

NATIONAL EXEMPTION SERVICE, LL
604 Packard Court
Suite A
Safety Harbor, FL 34695

NATIONWIDE GUTTER, LLC.
4312 REEDER DRIVE
CARROLLTON, TX 75010

Nelson Jones
1017 Long Prairie Road
Suite 203
Flower Mound, TX 75022

NICHOLS  ENGINEERING
2700 West Anderson Lane
Suite 205
Austin, TX 78757

Notlex  Truss
8800 FM 916
Grandview, TX 76050

NWP SERVICES  CORPORATION
535 Anton Blvd, Suite 1100
Costa Mesa, CA 92626

NYSTROM  INC
9300 73RD AVENUE
BROOKLYN PARK, MN 55428

OAKHURST  SIGNS
12445 62ND STREET NORTH
SUITE 305
LARGO, FL 33773

OASIS  PLUMBING  AND  MECHANICAL
12316A N.May Ave #187
OKLAHOMA City, OK 73120

OMEGA  MECHANICAL  INC.
4531 Ayers Suite#211
Corpus Christi, TX 78415

OTIS  ELEVATOR  COMPANY
1725 S. Main Street
Tulsa, OK 74119

OVERHEAD  DOOR  CO. OF TYLER
2000 Anthony Drive
Tyler, TX 75701

OVERHEAD  DOOR  SOUTHCTRL
2006 Longwood Drive
Brenham, TX 77833

PAINT  IT
3400 SW 126TH STREET
OKLAHOMA City, OK 73170

PARAMOUNT  BUILDING  PRODUCT
10036 NW 137TH Street
VIKON, OK 73099

PARRISH  AND  COMPANY
3600 E Old Settlers Blvd
ROUND RORCK, TX 78665

Pedro Reyes
Need Address

PERFORMANCE MECHANICAL
2909 Durant CT
Granbury, TX 76049

PHD CONSTRUCTION SERVICES
1701 N. GREENVILLE AVE.
SUITE 602
RICHARDSON, TX 75081

PITNEY BOWES
Global Financial Services LLC.
PO Box 371887
Pittsburg, PA 15250-7887

PITNEY BOWES PURCHASE POWER
PO Box 371874
Pittsburgh, PA 15250-7874

PLY GEM WINDOWS
5020 Weston Parkway Ste 400
Cary, NC 27513

PRECISION STUCCO & STONE INC.
1414 Shafter Avenue
Odessa, TX 79761

PREMIER WEATHERPROOFING OF TX
5213 A Tacoma Drive
Houston, TX 77041

QUALITY IRRIGATION, INC.
PO BOX 6298
EDMUND, OK 73083-6298

Quick Roofing
100 E. Broadway
Kennedale, TX 76060

QUICKSILVER CONSTRUCTION SERVICES
10801 Marble Road
Austin, TX 78750

R&S COMMERCIAL SERVICES LP
10462 Plano Road
Dallas, TX 75238

R. BARRIENTOS PAINT CONT. INC.
2758 Club Ridge Drive
Lewisville, TX 75067

R.M. MASONRY & STUCCO, INC.
1521 Lincoln Ave
Ft Worth, TX 76164

RADLEY STAFFING LLC
13003 Southwest Freeway Suite 180
Stafford, TX 77477

RAM TOOL & SUPPLY CO
PO Box 743487
Atlanta, GA 30374-3487

RAMCO CONTRACTORS, INC.
9443 E. HIGHWAY 175
KEMP, TX 75143

RAMS PAINTING CO LLC
821 Grand Ave.
Pkwy Suite 303
Pflugerville, TX 78660

RANGER ELECTRICAL INC.
PO BOX 3153
FLINT, TX 75762

RANGER FIRE INC
1000 S. Main Street
Suite 150
Grapevine, TX 76051

RASA FLOORS
P.O. Box 619130
Dallas, TX 75261-9130

REED ENGINEERING GROUP INC
2424 Stutz  Suite 400
Dallas, TX 75235

REPUBLIC NAT'L INDUSTRIES OFTX
1400 Warren Drive
Marshall, TX 75672

ROCK ENGINEERING AND TESTING LAB
6817 Leopard Street
Corpus Christi, TX 78409

RONALD KEITH VERDELL
6597 INDIAN STREET
NAVARRE, FL 32566

ROOF-CARE INC.
317 BRIDGERS HILL ROAD
LONGVIEW, TX 75604

ROTO ROOTER CORPUS CHRISTI
222 FLATO RD
Corpus Christi, TX 78405

ROTO ROOTER SEWER AND DRAIN
2410 W NINE MILE RD
Pensacola, FL 32534

ROYAL FINISH
12225 Greenville Avenue Suite 700
Dallas, TX 75243

ROYAL KIM MAINTENANCE INC.
18231 Apache Drive
San Antonio, TX 78259

ROYAL PROFESSIONAL CLEANING
Services Plus LLC
214 Southgate Drive
Crestview, FL 32536

RPMXCONSTRUCTION,LLC
5208 Tennyson Parkway, Ste 130
Plano, TX 75024

RUDD ALARMS
PO Box 298
Tyler, TX 75710

RUMSEY CONSTRUCTION LLC
5317 INVERRARY DRIVE
Plano, TX 75093

S&S TILE LTD
PO Box 163285
Fort Worth, TX 76161-3285

SA CITISCAPES, LLC
1010 Clydeville Rd.
San Antonio, TX 78216

SCHINDLER ELEVATORS INC
2020 Centimeter Circle
Austin, TX 78758

SGS LANDSCAPE CONSULTANTS,LLC
4275 Creek Park Drive
Suite 100
Suwanee, GA 30024

SHELTER  PRODUCTS INC
1490 SE Gideon Suite 100
Portland, OR 97202

SHEPHERD FIELD AND OFFICE LLC
PO Box 2738
Quinlan, TX 75474-2738

SHERWIN WILLIAMS
4232 Gulf Breeze Parkway
Gulf Breeze, FL 32563-3509

SILICONE SPECIALTIES
PO Box 50009
Tulsa, OK 74150

SILLS-SWINDELL INC
PO Box 332
Cedar Hill, TX 75104

SLS CLEANING/JANITORIAL SVC
1005 MONTCLAIR RD
PENSACOLA, FL 32505

SOUTHERN FLOOR SYSTEMS
7012 Pine Forest Road
Pansacola, FL 32526

SOUTHWESTUNDERLAYMNTCONCEPTS
2800 WILLIAM D TATE SUITE 300
GRAPEVINE, TX 76051

SPECIALTY CONCRETE COATINGS TX
5213 A Tacoma Drive
Houston, TX 77041

STAFF ZONE
PO Box 890722
Charlotte, NC 02828-9722

STANDARD TESTING AND ENGINEERING
3400 N Lincoln Blvd
OKLAHOMA City, OK 73105

STAPLES BUSINESS ADVANTAGE INC
PO Box 83689
Chicago, IL 60696-3689

STAR TEX GASOLINE AND OIL
5412 Leopard Street
Corpus Christi, TX 78408

STARTPOINT EXCAVATION LLC
1301 High Chaparral Drive
Leander, TX 78641

STI,LLC
1617 Peachleaf Suite 116
Houston, TX 77039

STONE MILL , INC.
15 East 1st St. S
Bixby, OK 74008

STRIPE A ZONE, INC.
2714 W Sherman Street
Grand Prairie, TX 75051

STRIPECO OF TEXAS, LLC
661 E MAIN STREET
SUITE 200-151
MIDLOTHIAN, TX 76065

SUNBELT DRYWALL CONSTRUCTION
12589 Prospero Drive
Pensacola, FL 32506

SUNBELT RENTALS
PO Box 409211
Atlanta, GA 30384-9211

SUNSET BLINDS, LLC
2913 Jeremy Drive
Mesquite, TX 75181

SWEEP ACROSS TEXAS
1512 Dungan Lane
Autsin, TX 78754

SWP CONSTRUCTION, LLC
PO BOX 689
GOODLEY, TX 76044

TCI PENSACOLA
495 South High Street
Suite 50
Columbus, OH 73215

TEALSTONE COMMERCIAL INC.
2612 Sirius Drive
Denton, TX 76208

TEK-RAIL, INC.
320 Temple Ave. Bldg.B
Newnan, GA 30263

TEXAS THRONE LLC
340 Lema
Portland, TX 78374

TIGRAS, INC.
3707 QUEEN ELIZABETH DRIVE
OCEAN SPRINGS, MS 39564

Timothy Kevin Maddox
661 Pineapple Place
Venice, FL 34293

TIPTON EXCAVATING , INC.
PO Box 673
Edmond, OK 73003

TREE MOVERS, INC.
8056 96TH CT S
BOYNTON BEACH, FL 33472

TRINITY CABLING COMPANY
P.O. Box 101897
Fort Worth, TX 76185

TRINITY HEARTH & HOME, INC.
1358 W. North Carrier Parkway
Grand Prairie, TX 75050

TURF APPEAL INC.
5106 MCNARNEY
MIDWEST CITY, OK 73145

UNITED SITE SERVICES TX INC
PO Box 660475
Dallas, TX 75266

UNIVERSAL PAINTING LLC
9150  ARAND DRIVE
PENSACOLA, FL 32514

UNLIMITED CONTRACTING GROUP
13228 WILLOWBROOK DRIVE
NEW ORLEANS, LA 70129

URBAN LAWN & LANDSCAPE, INC.
PO Box 32804
OKLAHOMA City, OK 73123

USA MOLDGUARD INC.
2911 E. Miraloma Ave
Apt. 34
Anaheim, CA 92651

VIKING FENCE CO LTD
2975 Industrial Lane
Garland, TX 75041

VISION WINDOW COVERINGS, LLC
1417 Foothill Drive
Hurst, TX 76053

VP & R CONSTRUCTION, INC.
8222 VICAR
San Antonio, TX 78218

WASTE MANAGEMENT OF FLORIDA
PO BOX 9001054
Louisville, KY 40290-1054

Waste Managment of Texas
P.O. Box 660345
Dallas, TX 75266-0345

WHICH JUAN SERVICES
514 YORKTOWN DRIVE
Garland, TX 75043

WHITESIDE ELECT CONTRACTOR
11259 GOODNIGHT LANE #1124
DALLAS, TX 75229

WIRING SOLUTIONS, LLC
PO BOX 890960
OKLAHOMA City, OK 73189

WJM PAINTING & REMODELING
1817 NE 28TH STREET
OKLAHOMA City, OK 73105

WOOD CONCEPTS, INC.
PO Box 150007
Tulsa, OK 74115-0007

Xerox Corporation
P.O. Box 650361
Dallas, TX 75265-0361