
EOD
10/20/2016

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| BBL BUILDERS, L.P. | § | |
| | § | CASE NO. 16-41880 |
| DEBTOR | § | |

ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR AUTHORITY
TO PAY PRE-PETITION WAGES

CAME ON to be considered this day the Debtor, BBL Builders, L.P.'s Emergency Motion for Authority to Pay Pre-Petition Wages ("Motion"). The Court having reviewed the pleading and heard argument of counsel, and testimony presented at the hearing on the Motion, finds that Notice of the Motion and the hearing were sufficient under the circumstances of the case and that cause exists to grant the Motion under the doctrine of necessity. It is therefore,

ORDERED, ADJUDGED AND DECREED the Motion is granted. It is further,

ORDERED, ADJUDGED AND DECREED the Debtor is authorized to pay the pre-petition wages up to the amounts set forth on the Exhibit "A" attached to the Motion, and the associated payroll taxes.

Signed on 10/20/2016

*Brenda T. Rhoades*     SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE