United States Department of Justice
Office of the United States Trustee
110 N. College Avenue, Suite 300
Tyler, Texas 75202
(903) 590-1450

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BBL Builders, L.P. | § | Case No. 16-41880 |
| 15770 N. Dallas Parkway | § | |
| Suite 300 | § | |
| Dallas, TX 75248 | § | |
| COLLIN-TX | § | |
| Tax ID / EIN: 14-1831973 | § | Chapter 11 |
| | § | |
| Debtor | § | |
| | § | |

---

## UNITED STATES TRUSTEE'S MOTION
## TO DISMISS OR CONVERT PURSUANT TO 11 U.S.C. § 1112(b);
## OR IN THE ALTERNATIVE, FOR OTHER RELIEF;
## WITH WAIVER OF 30-DAY HEARING REQUIREMENT

---

**PLEASE NOTE THAT THE COURT HAS SET THIS MOTION FOR HEARING:**

**HEARING: TUESDAY, JUNE 20, 2017, AT 1:30 P.M.**
U. S. Bankruptcy Court
660 N. Central Expressway, 3rd Floor
Plano, Texas 75704

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE PRESIDING:

William T. Neary, the United States Trustee for Region 6 ("U.S. Trustee") hereby files in the above-numbered bankruptcy case ("Case") his Motion Dismiss or Convert Pursuant to 11 U.S.C. § 1112(b); or in the Alternative, for Other Relief ("Motion") and respectfully states in support thereof:

### Jurisdiction and Timeliness

1.      This Court has subject matter jurisdiction under 28 U.S.C. §§ 1334, 157(a), and the standing order of reference.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O).  The predicate for the relief requested herein is Bankruptcy Code section 1112(b).

### Background

2.      On October 14, 2016 ("Petition Date"), BBL Builders, L.P. ("Debtor") commenced the Case by filing a petition under chapter 11 of the Bankruptcy Code.  No committee of unsecured creditors has been appointed in the Case.

3.      The Debtor's monthly operating report for the month ending March 31, 2017, shows the Debtor incurring significant net losses of in each of the first three months of 2017.

4.      The Debtor has not yet filed a disclosure statement or plan to indicate how it would propose to reorganize for the benefit of creditors.

5.      The U.S. Trustee is concerned the Debtor will not be able to effectively use chapter 11 for the benefit of creditors.

### Applicable Law and Argument

6.      Section 1112(b) provides,

. . . absent unusual circumstances specifically identified by the court that establish that the requested conversion or dismissal is not in the best interests of creditors and the estate, the court shall convert a case under this chapter to a case under

chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, if the movant establishes cause.

7.      Cause exists to convert or dismiss the Case because the Debtor has mismanaged the estate, does not appear to have any likelihood of rehabilitation, and has failed to timely meet reporting requirements.  In addition, the two-party dispute presented by the Case appears more appropriate for resolution outside chapter 11.

8.      Under section 1112(b), the Court determines whether dismissal or conversion is in "the best interest of creditors."  Under the facts of this Case, the Debtor does not appear able to effectively use chapter 11 for the benefit of creditors, so the Case should be dismissed or converted.  If the Court determines dismissal best serves the interests of creditors, sufficient "cause" exists to dismiss the Case with prejudice to re-filing for 180 days.  11 U.S.C. § 349.

9.      In the alternative, the U.S. Trustee asserts that cause exists to establish appropriate confirmation or case resolution deadlines.  11 U.S.C. § 105(d)(2)(B).

WHEREFORE, the U.S. Trustee respectfully requests that the Court issue an order dismissing the Case and granting such other further appropriate relief.

Dated:  May 15, 2017                              Respectfully submitted,

                                                   William T. Neary
                                                   United States Trustee
                                                   Region 6

                                    By:      _*/s/ Marc Salitore*_____
                                                   Timothy W. O'Neal
                                                   Asst. U.S. Trustee, SBOT 15283350
                                                   Marcus F. Salitore
                                                   Trial Attorney, SBOT 24029822
                                                   110 N. College Avenue, Suite 300
                                                   Tyler, Texas 75702
                                                   (903) 590-1450; Fax (903) 590-1461

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served on the following listed persons through the court's electronic notification system as permitted by Appendix 5005 III E to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid, no later than May 16, 2017.

*/s/ Marc Salitore*
Marcus F. Salitore

**Debtor:**
BBL Builders, L.P.
15770 N. Dallas Parkway
Suite 300
Dallas, TX 75248

**Counsel for Debtor:**
Anthony P. Jach
Nixon Jach Hubbard, PLLC
JPMorgan International Plaza III
14241 Dallas Parkway, suite 575
Dallas, TX 75254

Eric A. Liepins
12770 Coit Road
Suite 1100
Dallas, TX 75251

**Notices of Appearance:**
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2777 N. Stemmons Freeway
Suite 1000
DALLAS, TX 75207

GRIFFITH DAVISON & SHURTLEFF, P.C.
Galleria North Tower I
13737 Noel Road, Suite 850
Dallas, Texas 75240

Peckar & Abramson, PC
8080 N. Central Expressway, Ste. 1600, LB 65
Dallas, TX 75206-1819

Keith A. Langley
LANGLEY LLP
1301 Solana Blvd
Building 1, Suite 1545

**United States Trustee's Motion to Dismiss, or Convert, or for Other Relief – Page 4 of 7**

Westlake, Texas 76262

Eric J. Millner
BOURLAND, WALL & WENZEL, P.C.
301 Commerce Street, Suite 1500
Fort Worth, Texas 76102-4115

Michael A. Harris
Pagel Davis & Hill, P.C.
State Bar No. 24046030
1415 Louisiana, 22nd Floor
Houston, Texas 77002

Patrick J. Schurr
SCHEEF & STONE, L.L.P.
2600 Network Boulevard
Suite 400
Frisco, Texas 75034

Jason T. Rodriguez, Esq.
HIGIER ALLEN & LAUTIN, P.C.
The Tower at Cityplace
2711 N. Haskell Ave., Suite 2400
Dallas, Texas 75204

Michael Hassett
Jones Hassett, PC.
440 North Center
Arlington, Texas 76011

Bonnie Y. Hochman Rothell, Esq.
Joshua A. Mize, Esq.
MORRIS, MANNING & MARTIN, LLP
1401 Eye Street, N.W. Suite 600
Washington, D.C. 20005

David L. Woods
McGUIRE, CRADDOCK & STROTHER, P.C.
2501 N. Harwood, Suite 1800
Dallas, TX 75201

Josh Judd
Andrews Myers, PC
3900 Essex Ln., Ste. 800
Houston, YX 77027

**United States Trustee's Motion to Dismiss, or Convert, or for Other Relief – Page 5 of 7**

William R. Sudela
Crady, Jewett & McCulley, LLP
2727 Allen Parkway, Suite 1700
Houston, Texas 77019-2125

Herman A. Lusky 12702000
12720 Hillcrest Rd., Ste. 270
Dallas, TX 75230

Beauchamp M. Patterson
McAfee & Taft A Professional Corporation
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102-7103

J. Seth Moore
One Galleria Tower
13355 Noel Road, Suite 1900
Dallas, Texas 75240

Lisa M. Norman
Andrews Myers, P.C.
3900 Essex Lane, Suite 800
Houston, Texas 77027-5198

D.M. Dalton, Jr.
Of Counsel
JONES, ALLEN & FUQUAY, L.L.P.
8828 Greenville Avenue
Dallas, Texas 75243

J Babette Barrows, Attorney
791 N Hwy 77, Ste 501C-231
Waxahachie, TX 75165

Charles A. Beckham, Jr.
HAYNES AND BOONE, LLP
1221 McKinney, Suite 2100
Houston, TX 77010

Chuck Portz
411 Fannin, Ste. 200
Houston, TX 77002

M. Forest Nelson
State Bar No.: 14904625
203 East Colorado Blvd.
Dallas, Texas 75203

William T. Green, III, P.C.
11 Greenway Plaza, Suite 2820
Houston, Texas 77046

Stewart Shurtleff
13737 Noel Road, Suite 850
Dallas, Texas 75240

Eric Swab
Sheila Sayne
Bryan Mitchell
2021 South Lewis Ave., Ste. 335
Tulsa, OK 74104

Glenn A. Portman
Bennett, Weston LaJone & Turner, P.C.
1603 LBJ Freeway, Suite 280
Dallas, Texas 75234

Haven Massey
Lovein Ribman, P.C.
109 River Oaks Drive, Suite 100
Southlake, Texas 76092

Louis J. Price
McAfee & Taft A Professional Corporation
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102-7103

**Matrix Follows:**

Label Matrix for local noticing
0540-4
Case 16-41880
Eastern District of Texas
Sherman
Mon May 15 15:30:29 CDT 2017

164 Corpus Ltd.
c/o Lusky & Associates, PC
12720 Hillcrest Rd., Ste. 270
Dallas, TX 75230-2158

164 Corpus, LP
c/o Kimberly Guest, Esq.
421 E. Airport Frwy., Ste. 115
Irving, TX 75062-6333

296 Southlake Ltd
c/o T. Josh Judd
Andrews Myers, PC
3900 Essex Lane, Suite 800
Houston, Texas 77027-5198

296 Southlake, Ltd.
c/o Andrews Myers, PC
c/o T. Josh Judd
Andrews Myers, PC
3900 Essex Lane, Suite 800
Houston, TX 77027-5198

A-1 Water Wells
PO Box 1024
Winnsboro, TX 75494-1024

ABER FENCE & SUPPLY CO. INC.
12239 Mosielee Street
Houston, TX 77086-3519

ABER Fence and Supply Co. Inc.
411 Fannin Street
Suite 200
Houston, TX 77002-2040

ACTION WINDOW COVERINGS,INC.
PO Box 19589
Houston, TX 77224-9589

ACTON MOBILE INDUSTRIES
PO Box 758689
Baltimore, MD 21275-8689

ADVANCED FRAMING CONSTR
8553 North Beach Street
341
Keller, TX 76244-4919

ADVANCED INTEGRATED NETWORK
434 BREESPORT
San Antonio, TX 78216-2603

ADVANTAGE PEST CONTROL
PO Box 941087
Plano, TX 75094-1087

AERIAL OKLAHOMA INC
4501 N Classen Blvd Suite 113
Oklahoma City, OK 73118-4822

AERIAL PHOTOGRAPHY INC
618 NE 26th Street
Fort Lauderdale, FL 33305-1208

AERO PHOTO
4000 16th Street North
Saint Petersburg, FL 33703-5604

AHERN RENTALS INC
1401 Mineral Ave.
Las Vegas, NV 89106-4342

AIM PAVING & CONSTRUCTION LLC
4709-D Turner Warnell
Arlington, TX 76001-2902

ALANIS MASON AND STUCCO
5204 SHERBURNE DRIVE
Arlington, TX 76018-1921

ALL AMERICAN EXTERIORS OF GA
120 Park 42 Drive Suite B
Locust Grove, GA 30248-2567

ALL STAR STEEL SERVICES, INC.
1403 F.M 947
Timpson, TX 75975-5225

ALLEN COMMERCIAL INDUSTRIES
11301 Mosier Valley Rd
Euless, TX 76040-7713

ALLIED INSULATION & SUPPLY INC
2737 Market Street
Garland, TX 75041-2425

ALLSTATE LANDSCAPE LLC
c/o Jones Hassett, PC
440 North Center
Arlington, TX 76011-7143

ALPHA CONCRETE CONTRACTORS
PO Box 5010
Longview, TX 75608-5010

ALPHA INSULATION&WATERPROOFING
1010 E. Dallas Road
Grapevine, TX 76051-4123

ALPHA TESTING
2209 Wisconsin Street Suite 100
Dallas, TX 75229-2087

AMERICAN EXPRESS
PO Box 1270
Newark, NJ 07101-1270

AMERICAN PEST CONTROL
PO Box 80476
Midland, TX 79708-0476

AMX FIRE PROTECTION SYSTEMS
2351 W Northwest Highway
Suite 2118
Dallas, TX 75220-8406

AQUATIC POOLS INC.
111 Industrial Park Loop
Rio Rancho, NM 87124-1436

ARC TEXAS
PO Box 203890
Dallas, TX 75320-3890

ARCHITECTURAL FENCE CO OF CORPUS
216 Indiana Avenue
Corpus Christi, TX 78404-1713

ARCI, LTD
Bobbie L. Stratton
1301 McKinney St., Ste. 3700
Houston, TX 77010-3034

ARCI, Ltd
P.O. Box 7059
The Woodlands, Texas 77387-7059

AREA WIDE PAVING
723 CR 2301
Sulphur Springs, TX 75482-4949

AT YOUR DISPOSAL INC
PO Box 206516
Dallas, TX 75320-6516

ATC Group Services LLC
150 Zachary Road
Manchester, NH 03109-5614

AUSTIN BROTHERS CONSTRUCTION
300 E.P. Dawson Rd.
Maypearl, TX 76064-2527

AUSTIN MORGAN FIRE & SAFETY
358 Cattlemans Trail
Royse City, TX 75189-8423

Absolute Concrete
3311 Richmond, Ste. 230
Houston, TX 77098-3024

Absolute Concrete
500 N. Shoreline, Ste. 901
Corpus Christi, TX 78401-0342

Ben Louis Aderholt
Coats Rose, P.C.
9 Greenway Plaza, Suite 1100
Houston, TX 77046-3653

Alaniz Construction Services
21619 Sunset View Drive
Crosby, TX 77532-3375

Allstate Landscape, LLC
440 North Center
Arlington, TX 76011-7143

Altis at Lakeline-Austin, LLLP
c/o R. Sean McDonald
Peckar & Abramson, P.C.
8080 N. Central Expy.
Suite 1600, LB 65
Dallas, TX 75206-1838

Mark E. Andrews
Dykema Cox Smith
1717 Main Street, Suite 4200
Dallas, TX 75201-4876

Anytime Labor San Antonio
dba Labor Max Staffing
PO Box 900
Kearney, MO 64060-0900

Arch Insurance Company
c/o Francine Petrosino, Legal Asst.
Harborside 3, 210 Hudson Street
Suite 300
Jersey City, NJ 07311

BAKERS BACKHOE SERVICES
142 Wayside Drive
Elgin, TX 78621-5675

BAYSIDE STRUCTURES, LLC
3 West Garden Street
Suite 401
Pensacola, FL 32502-5633

BBG Legacy LLC
c/o Pagel Davis & Hill P.C.
1415 Louisiana, 22nd Floor
Houston, TX 77002-7344

BBG Legacy LLC d/b/a Legacy Construction
c/o Dennis A. McQueen
Pagel, Davis & Hill, P.C.
1415 Louisiana, 22nd Floor
Houston, Texas 77002-7344

BBL Builders, L.P.
15770 N. Dallas Parkway
Suite 300
Dallas, TX 75248-6600

BCS ELECTRIC, LLC
3500 WASHINGTON AVE
SUITE 100
HOUSTON, TX 77007-5945

BEE & BEE ENTERPRISES
PO Box 850802
Mesquite, TX 75185-0802

BEJARANO CONSTRUCTION INC
1511 N  New Braunfels Avenue
San Antonio, TX 78208

BLUE LINE RENTAL LLC
PO Box 840062
Dallas, TX 75284-0062

BLUE SKY SALES INC
806 Dalworth
Mesquite, TX 75149-4118

BMC WEST CORPORATION
720 E. Park Blvd. Suite 200
Boise, ID 83712-7764

BOYETTS PORTABLE RESTROOM
7300 Mobile Highway
Pensacola, FL 32526-8559

BREWER CARPET&DESIGNCENTER
300 SOUTH PORTLAND AVE
OKLAHOMA City, OK 73108-1000

BRIDGEWELL RESOURCES LLC
PO Box 23372
Tigard, OR 97281-3372

BRITTON LUMBER & SUPPLY INC
9223 North Western avenue
OKLAHOMA City, OK 73114-2623

BUILDING SPECIALTIES, INC
6450 Bingle Road Suite 200
Houston, TX 77092-1345

BUSINESS CONSTRUCTION SVC
3500 WASHINGTON AVE
SUITE 100
HOUSTON, TX 77007-5945

J. Babette Barrows
Law Office of J. Babette Barrows
791 N. Hwy. 77, Ste. 501C-231
Waxahachie, TX 75165-1977

Bayside Structures, L.L.C.
c/o Sarah S. Walton
Philip A. Bates, P.A.
P.O.Box 1390
Pensacola, FL 32591-1390

Bayside Structures, L.L.C.
c/o Sarah S. Walton
P.O. Box 1390
Pensacola, FL 32591-1390

Charles A. Beckham Jr.
Haynes and Boone LLP
1000 Louisiana St #4300
Houston, TX 77002-5036

Bejarano Construction Services, Inc.
c/o Lance Geppert, attorney
8000 West Ave Suite 1
Castle Hills, Texas 78213-1837

Bejarno Construction Services, Inc.
c/o Lance Geppert, attorney
8000 West Ave, Suite 1
Castle Hills, Tx 78213-1837

Brewer Carpet & Design Center
300 South Portland Ave.
Oklahoma City, OK 73108-1000

William Steven Bryant
Locke Lord LLP
600 Travis Street, Suite 2800
Houston, TX 77002-2914

Builder's FirstSource-Texas Installed S
c/o Louis J. Price, Esq.
10th Fl., Two Leadership Sq.
211 N. Robinson
Oklahoma City, OK 73102-7109

Builders FirstSource
c/o Louis J. Price, Esq.
McAfee & Taft
10th Fl Two Leadership Sq
211 N. Robinson
Oklahoma City, OK 73102-7109

Builders Firstsource
1750 Westpark Drive
Suite 100
Grand Prairie, TX 75050-1944

Building Specialties, Inc.
c/o William T. Green, III
11 Greenway Plaza #2820
Houston, Tx 77046-1114

Building Specialties, Inc.
William T. Green, III
11 Greenway Plaza, Suite 2820
Houston, TX 77046-1114

Burt Barr & Associates, L.L.P.
203 East Colorado Blvd.
Dallas, Texas 75203-1211

C-CON SERVICES, INC.
Cutler-Smith, PC
12750 Merit Drive, Suite 1450
Dallas, TX 75251-1221

C. DOCK FRAMING II, INC.
9827 POTRANCO ROAD
SUITE 103-183
San Antonio, TX 78251-9606

CARDINAL AQUATIC POOLS
6500 N.W. 10th
OKLAHOMA City, OK 73127-4729

CARDNO ATC
PO Box 123263
Dallas, TX 75312-3263

CASEY HYMAN PLUMBING, INC.
5650 Dixie Dr A
Pensacola, FL 32503-2255

CC Disposal Service
P.O. Box 260430
Corpus Christi, TX 78426-0430

CEMPLEX GROUP TX, BH GROUP
5225 NORWOOD ROAD
DALLAS, TX 75247-5822

CENTRAL FIRE PROTECTION INC
11419 Mathis Ave., Suite 204
Dallas, TX 75234-9423

CEPEDA DRYWALL
3134 PARKER RD
SUITE A
HOUSTON, TX 77093-4707

CERTIFIED TERMITE & PEST
11227 N STEMMONS FRWY
DALLAS, TX 75229-4523

CERTIFIED TERMITE & PEST CTRL
PO Box 270537
Corpus Christi, TX 78427-0537

CHAMPION WASTE SERVICES
PO Box 701689
Dallas, TX 75370-1689

CHASCO CONSTRUCTORS
PO BOX 1057
ROUND RORCK, TX 78680-1057

CHOATE USA
PO Box 118114
Carrolton, TX 75011-8114

CHRISTIAN CABLE GROUP INC
110 METROTEX DRIVE
HASLET, TX 76052-2069

CINTAS FIRST AID AND SAFETY
PO BOX 631025
Cincinnatti, OH 45263-1025

CIP 2014/CP Tollway Owner LLC
c/o Winstead PC
2728 N. Harwood Street, Suite 500
Dallas, TX 75201-1743

CLP Management Inc. dba Country Living Pools
c/o J. Seth Moore
One Galleria Tower
13355 Noel Rd., Ste. 1900
Dallas, TX 75240-6674

CODY POOLS INC
5117 S IH 35
Georgetown, TX 78626-7549

COLDWATER PLUMBING SERV INC.
15330 LBJ FREEWAY
SUITE 206
MESQUITE, TX 75150-1233

COMMERCIAL CLEANING SERVICES
4202 San Jacinto St
Odessa, TX 79762-5530

COMMERCIAL GLASS AND MATERIAL
1220 W. Rock Creek Road
Norman, OK 73069-8553

COOPER EXCAVATION, INC.
Cutler-Smith, PC
12750 Merit Drive, Suite 1450
Dallas, TX 75251-1221

CORESLAB STRUCTURES ATLANTA
1655 Noah's Ark Rd.
Jonesboro, GA 30236-6143

CORNERSTONE SECURITY, INC.
5600 Oakbrook Parkway,Suite 240
Norcross, GA 30093-1843

COWART DOOR SYSTEMS
204 West Powell Lane
Building 2 Suite B
Austin, TX 78753-5938

COX POOLS
17687 Ashley Drive
Panama City Bch., FL 32413-5118

CRIBLEY ENTERPRISES, INC.
12019 NACOGDOCHES RD
San Antonio, TX 78217-2332

CRITICAL ELECTRIC SYSTEMS
704 Central Parkway East 1200A
Plano, TX 75074-5537

CROSSLANDS A&A SALES CO
15 Southwest 29th Street
OKLAHOMA City, OK 73109-6222

CULLIGAN OF CORPUS CHRISTI
110 West Fremont Street
Owatonna, MN 55060-2328

CURRENT TECHNOLOGY GROUP
2500 Drane Field Road
Suite 205
Lakeland, FL 33811-1797

Aaron T. Capps
Griffith Davison & Shurtleff, P.C.
13737 Noel Road, Suite 850
Dallas, TX 75240-1331

Mark A. Castillo
Curtis Castillo PC
901 Main St. Suite 6515
Dallas, TX 75202-3782

Ryan E Chapple
400 W. 15th St., Ste 900
Austin, TX 78701-1659

Chasco Constructors
PO Box 1057
Round Rock, TX 78680-1057

Choate USA
PO Box 118114
Carrollton, TX 75011-8114

Citi Air Service Inc
11836 Judd Court
Suite 348
Dallas, TX 75243-4412

City Center Development II
c/o Louis J. Price
10th Fl, Two Leadership Sq.
211 N. Robinson
Oklahoma City, OK 73102-7109

City Center Development, II, LLC
c/o Beau Patterson of McAfee & Taft
10th Floor Two Leadership Square
211 N. Robinson
Oklahoma City, OK 73102-7109

Contract Pro
13785 Research Blvd
Suite 125
Austin, TX 78750-1826

DJ SURFACES, LLC
460 S. BELTLINE RD #426
IRVING, TX 75060-2194

DEANS SWEEPER SCRUBBER SERVICE
704 W Silvermeadow Drive
OKLAHOMA City, OK 73110-1657


DEIHL ENTERPRISES, INC.
Harrington Miller Law Firm
c/o J. Greg Brown
4710 S. Thompson, Suite 102
Bentonville, AR 72764-2609

DELTA DALLAS STAFFING
Tollway Plaza II
15950 N Dallas Parkway Suite 500
Dallas, TX 75248-6629

DESTIN GLASS INC
639 Harbor Blvd
Destin, FL 32541-2456


DFW INTERIORS
11420 Plano Road
Dallas, TX 75243-8511

DJR Inc. dba Encore Mechanical
PO Box 142683
Austin, TX 78714-2683

DRY UTILITIES OF TEXAS LLC
23714 TRES CORONAS
SPICEWOOD, TX 78669-2621


Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o Laurie Spindler Huffman
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207-2328

Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o Laurie Spindler Huffman
2777 N Stemmons Frwy Ste 1000
Dallas, Texas 75207-2328

Dewey M. Dalton
Jones, Allen & Fuquay
8828 Greenville Avenue
Dallas, TX 75243-7143


EAGLE ROOFING&CONSTRCTN
3980 BOAT CLUB RD.
SUITE 209
TX 76135-3207

EDWARDS STEEL SOLUTIONS, LLC
4728 Spottswood #127
Memphis, TN 38117-4817

ELEGANCE IN STONE LLC
919 NW 74TH STREET
OKLAHOMA City, OK 73116-7001


ELITE DOOR & TRIM INC
3401 E. University, Suite 206
Denton, TX 76208-1044

ELITE MULTIFAMILY INTERIORS
15167 BUSINESS AVENUE
ADDISON, TX 75001-4308

ENCORE MECHANICAL
P. O. Box 142683
Austin, TX 78714-2683


ERWS, INC.
PO BOX 15365
Fort Worth, TX 76119-0365

ESTES PLASTERING, LLC
PO BOX 6660
Tyler, TX 75711-6660

EXCEL STEEL CORPORATION
1760 W. Northwest Highway
Dallas, TX 75220-7016


Edwards Steel Solutions, LLC
c/o Elizabeth B. Stengel
1000 Ridgeway Loop Suite 200
Memphis, TN 38120-4036

Elite Framing, LLC
c/o Cutler-Smith, P.C.
12750 Merit Drive
Suite 1450
Dallas, TX 75251-1221

Elite Framing, LLC
Cutler-Smith
12750 Merit Drive
Suite 1450
Dallas, TX 75251-1221


Karen Ensley
12750 Merit Drive
Suite 1450
Dallas, TX 75251-1221

Eric W. Stall
2021 S. Lewis Ave., Ste. 335
Tulsa, OK 74104-5719

FARMER FUQUA & HUFF, PC
2435 N Central Expressway Ste 700
Richardson, TX 75080-2731


FEDERAL PEST MANAGEMENT
102 Country Place
Wylie, TX 75098-7505

FIA Imports, Inc. d/b/a DFW Interiors
c/o Craig A. Bernstein
3710 Rawlins St., Suite 1300
Dallas, TX 75219-4238

FIRST CHOICE SERVICES
10707 Stemmons Freeway
Dallas, TX 75220-2419

FIXTURE EXCHANGE CORPORATION
3000 W. Pafford
Ft. Worth, TX 76110-5890

FOLIAGE FACTORY LANDSCAPE INC
10724 White Settlement Road
Fort Worth, TX 76108-4705

FULLERS CONSTRUCTION CONSULTING
11570 Lagrange Drive
Frisco, TX 75035-6401


FWD I, LLC
1401 Eye Street NW
Suite 600
Washington, DC 20005-2225

Fencecrete America, Inc
15089 Stradesman Drive
San Antonio, TX 78249-1342

Matthew Thomas Ferris
Haynes and Boone, LLP
2323 Victory Avenue
Suite 700
Dallas, TX 75219-7673


Fleco Industries, Inc. dba Lights Fantastic
c/o Jason R. Kennedy
9400 N. Central Expwy, Suite 900
Dallas, TX 75231-5051

GARAGE DOOR SERVICE OF HOUSTON
2212 Commerce Dr
Arlington, TX 76011-6613

GARCIAS DRYWALLCONTRACTORS
3058 TOPAZ LANE
FARMERS  BRANCH, TX 75234-3620


GARLAND INSULATING COMPANY INC
PO Box 550368
Dallas, TX 75355-0368

GC CONTRACTORS
4918 FM 982
Princeton, TX 75407-4790

GENERAL ELECTRIC/GE APPLIANCES INC
PO Box 840136
Dallas, TX 75284-0136


GEOSCIENCE ENGINEERING R
& Testing North Texas
2712 Satsuma # 400
Dallas, TX 75229-3590

GIBSON WELDING SHEET METALVENT
335 Mountain Drive
Dentin, FL 32541-2335

GLASSHOUSE
919 Dragon Street
Dallas, TX 75207-4203


GRAINGER
Dept. 841877012
PO Box 419267
Kansas City, MO 64141-6267

GRAYS CONSTRUCTION COMPANY
18330 Crosslin Rd
Earlsboro, OK 74840-7008

GREATER DALLAS ROOFING LLC
2976 East Hwy 67
Rainbow, TX 76077-2910


GUY'S GUTTERS
10624 S. Choctaw Road
Newalla, OK 74857-9315

Garcias Drywall Contractors
3058 Topaz Lane
Farmers Branch, TX 75234-3620

Lance Geppert
310 S. St. Mary's St. Suite 1800
San Antonio, TX 78205-3183


Carla V. Green
2323 Victory Avenueq
Suite 700
Dallas, TX 75219-7672

William T. Green III
11 Greenway Plaza, Suite 2820
Houston, TX 77046-1114

Gulf Coast Framing, Inc.
201 St. Charles Ave.
25th Floor
New Orleans, LA 70170-1000


Gulf Coast Framing, Inc.
c/o Lovein Ribman, P.C.
Attn: Haven Massey
109 River Oaks Drive, Suite 100
Southlake, Texas 76092-6792

Gulf Coast Utility Contractors
13938 Hwy 77
Southport, FL 32409-4688

Gulf Coast Utility Contractors, LLC
Clifford W. Sanborn
220 McKenzie Ave.
Panama City, FL 32401-3129


H&H PLUMBING & UTILITIES, INC
266 Industrial Blvd
Goldsby, OK 73093-9116

HAAS RESOURCES
PO Box 271355
Corpus Christi, TX 78427-1355

HARRISON CONTRACTING CO.
65 E INDUSTRIAL COURT
VILLA RICA, GA 30180-1037

HARTFORD COMMERCIAL PLUMBING
741 Dulles Avenue, Suite D
Stafford, TX 77477-5235

HIGHTECH SIGNS DFW
1878 W. Mockingbird Lane
Dallas, TX 75235-5013

HILLCO BUILDING SERVICE LLC
1109 Hub Street
Houston, TX 77023-3313

HOCUTT INC
8360 Moberly Lane
Dallas, TX 75227-2315

HOME DEPOT CREDIT SERVICES
PO Box 9001043
Louisville, KY 40290-1043

HR MECHANICAL, LLC
19 Harbour Drive
Houston, TX 77058-4207

HTJ GLOBAL ELECTRIC
3342 US HWY 80E
MESQUITE, TX 75149-1101

HYMAN PLUMBING COMPANY
Andrews Myers, PC - Attn: Lisa M. Norman
3900 Essex Lane, Suite 800
Houston,  TX 77027-5198

Haier US Appliance Solutions, Inc. d/b/a GE
c/o Elizabeth Alphin
Fultz Maddox Dickens PLC
101 S. Fifth Street, 27th Floor
Louisville, KY 40202-3067

Haier US Appliance Solutions, Inc. d/b/a GE
1717 Main Street
Suite 4200
Dallas, TX 75201-4876

Michael A. Harris
1415 Louisiana, 22nd Floor
Houston, TX 77002-7344

R Todd Harris
McDonald Fleming Moorehead
719 S. Palafox St.
Pesacola, FL 32502-5935

Michael Hassett
Jones & Cannon
440 North Center
Arlington, TX 76011-7143

Melissa S. Hayward
Franklin Hayward LLP
10501 N. Central Expry, Ste. 106
Dallas, TX 75231-2203

Hillco Building Service, LLC
c/o Bobbie L. Stratton
1301 McKinney Street, Ste. 3700
Houston, TX 77010-3034

Bonnie Y. Hochman Rothell
Morris, Manning & Martin, LLP
1401 Eye St. N.W., Ste. 600
Washington, DC 20005-2225

Hyman Plumbing Company
c/o Andrews Myers, PC
Attn: Lisa M. Norman
3900 Essex Lane
Suite 800
Houston, Tx 77027-5198

IDEAL WALLS CONSTRUCTION, INC
1235 Ranger Highway
Weatherford, TX 76086-3947

IES RESIDENTIAL, INC.
10203 Mula Circle
Stafford, TX 77477-3326

IMPACT FLOORS OF TEXAS, LP
3700 Pipestone
Dallas, TX 75212-6112

IMPORTED DECOR INC.
5921 Richmond Ave
Houston, TX 77057-6316

INPRO FABRICATION LTD
5111 E. California Parkway
Forest Hill, TX 76119-7606

INTEGRA FIRE PROTECTION, LLC
10850 Switzer Ave # 105
Dallas, TX 75238-5301

INTERNATIONAL IMPORT SUPPLY
375 PARKWAY 575 SUITE 240
WOODSTOCK, GA 30188-3899

Idaho Pacific Lumber Company, Inc.
Peckar & Abramson, PC
8080 N. Central Expy.
Suite 1600, LB 65
Dallas, TX 75206-1838

Idaho Pacific Lumber Company, Inc.
c/o R. Sean McDonald
Peckar & Abramson, PC
8080 N. Central Expy. Suite 1600, LB 65
Dallas, TX 75206-1838

Impact Floors of Texas, LP
c/o Stephen C. Stapleton
901 Main Street, Suite 3900
Dallas, Texas 75202-3746

Internal Revenue Service
Centralized Insolvency
PO BOX 7346
Philadelphia, PA 19101-7346

J Michael Construction & Design LLC
15692 FM 2493
Tyler, TX 75703-7354

J Michael Design and Construction
400 Austin Avenue, Suite 103
Waco, Texas 76701-2144

J R BALL CONTRACTING GROUP
2275 Ford Avenue
Springdale, AR 72764-4721

J&L DISTRIBUTORS
c/o Dianne Terry
707 Avenue E
Stafford, TX 77477-5801

J.R. HOBBS COMPANY -ATLANTA
2021 Cedars Road
Suite 100
Lawrenceville, GA 30043-7589

JMD& CONSTRUCTION
400 AUSTIN AVENUE
SUITE 103
WACO, TX 76701-2144

Anthony P. Jach
Nixon Jach Hubbard, PLLC
JPMorgan International Plaza III
14241 Dallas Parkway, suite 575
Dallas, TX 75254-2994

T. Josh Judd
Andrews Myers PC
3900 Essex Lane, Suite 800
Houston, TX 77027-5198

KAP COMMUNICATIONS INC
1965 Post Rd
Suite 307
New Braunfels, TX 78130-2569

KING'S SITE CONSTRUCT CLEANINC
533 Buffalo Creek Drive
Desoto, TX 75115-5329

KINGDOM GRANITE, LLC
4760 Preston Road Suite 244-292
Frisco, TX 75034-8548

KITCHEN CABINETS INC
2353 N.W. Dallas Street
Grand Prairie, TX 75050-4904

KOCH CONSTRUCTION CO., INC.
6131 Edith Blvd. NE,Ste C
Albuquerque, NM 87107-5052

KOETTER FIRE PROTECTION
1969 Saratoga Blvd Bldg 12
Corpus Christi, TX 78417

Aaron M. Kaufman
Dykema Cox Smith
1717 Main Street, Suite 4200
Dallas, TX 75201-4876

David B. Koch
Coats Rose, P.C.
14755 Preston Road, Ste. 600
Dallas, TX 75254-6825

L.PUGH & ASSOCIATES, INC.
10108 N. PALAFOX HWY
PENNSACOLA, FL 32534-1269

LABOR READY CENTRAL INC
PO BOX 676412
DALLAS, TX 75267-6412

LABOR READY SOUTHEAST INC
PO BOX 676412
DALLAS, TX 75267-6412

LABORMAX STAFFING
PO BOX 900
KEARNEY, MO 64060-0900

LEGACY CONSTRUCTION
11450 US HWY 380
SUITE 130 BOX 123
CROSS ROADS, TX 76227-8322

LEGACY VINYL WINDOWS LP
1813 KELLY BLVD
CARROLlTON, TX 75006-5511

LITHKO CONTRACTING, INC.
PO Box 270
Monroe, OH 45050-0270

LMI LANDSCAPES INC
1437 Halsey Way
Carrollton, TX 75007-4410

Labor Ready
1015 A. Street
Tacoma, WA 98402-5122

Keith A. Langley
Langley LLP
1301 Solana Blvd
Bldg 1, Ste 1545
Westlake, TX 76262-1689

Eric A. Liepins
12770 Coit Road
Suite 1100
Dallas, TX 75251-1329

Lonestar Electric
4200 N. Sam Houston Parkway
Houston, TX 77086-1468

Herman A. Lusky
12720 Hillcrest Rd., Ste. 270
Dallas, TX 75230-2158

M-CO, INC.
PO Box 893172
OKLAHOMA City, OK 73189-3172

MARINO PAINTING
1760 Valley Avenue Apt D
Homewood,, AL 35209-1237

MAX URBAN MILLWORK
1301 W COPANS RD # B 6
POMPANO BEACH, FL 33064-2227

MAXIM FIRE SYSTEMS, LLC
8930 DIPLOMACY ROW
DALLAS, TX 75247-5302

MCGUIRE CRADDOCK STROTHER PC
2501 N HARWOOD SUITE 1800
DALLAS, TX 75201-1613

MEIERHOFER ELECTRIC LLC
c/o Jason R. Kennedy
9400 N. Central Expwy, Ste. 900
Dallas, TX 75231-5051


MERRITT TENNIS & TRACK
PO Box 75728
OKLAHOMA City, OK 73147-0728

METAL CONSTRUCTION MAT'LS INC
7229 JACKRABBITT ROAD
Houston, TX 77095-3515

MINOL, L.P.
15280 Addison Road, Suite 100
Addison, TX 75001-4503


MIRACLE METHOD OF CORPUS CHRISTI
5825 PATTON STREET
Corpus Christi, TX 78414-2428

MISTER RALPH'S INC
1000 Dragon St
Dallas, TX 75207-4292

MISTER SPARKY #70
2624 KENSINGTON DRIVE SUITE 110
TYLER, TX 75703-2734


MM LIGHTING LP
PO BOX 1027
BELLAIRE, TX 77402-1027

MOWREY ELEVATOR CO.OF FLORIDA
4518 Lafayette Street
Marianna, FL 32446-3418

MQ Apple Grove Villas Housing, L.P.
c/o Locke Lord LLP
Attn: W. Steven Bryant
600 Congress Avenue, Ste. 2200
Austin, TX 78701-3055


MULTI FRAMING, INC.
816 E Hwy 121 Ste 105
Lewisville, TX 75057-4149

Marble Palace Corportation
P.O. Box 1971
Mansfield, TX 76063-0018

Marshall Square, L.L.C.
211 North Robinson
Suite 1950-N
Oklahoma City, OK 73102-7266


Marshall Square, L.L.C.
c/o Patrick J. Schurr
2600 Network Blvd. Ste. 400
Frisco, TX 75034-6010

Phillip A. Martin
Fultz Maddox Hovious & Dickens
101 South Fifth St. 27th Floor
Louisville, KY 40202-3067

John Havenhill Massey
Lovein Ribman, P.C.
109 River Oak Dr., Ste. 100
Southlake, TX 76092-6792


Richard Sean McDonald
Peckar & Abramson
8080 N. Central Expy.
Suite 1600, LB#65
Dallas, TX 75206-1838

McGuire Craddock & Strother, P.C.
2501 N. Harwood
Suite 1800
Dallas, TX 75201-1613

McGuire, Craddock & Strother, P.C.
c/o J. Mark Chevallier, Esq.
2501 N. Harwood, Suite 1800
Dallas, TX 75201-1613


Merritt Sealing Co., Inc.
dba Merritt Tennis & Track
Gerald E. Kelley
211 N. Robinson, Ste. 800
Oklahoma City, OK 73102-7170

Michael Page International Recruitment Ltd.
3rd Floor Wellington House
20 Queensmere
Slough, Berkshire, SL1 1DB
England

Midtown Commons I Apartment Community, LLC
400 W. 15th Street
Suite 900
Austin, TX 78701-1659


Midtown Commons I Apartment Community, LLC
Midtown Commons II Apartment Community,
c/o Ryan E. Chapple
400 W. 15th Street, Suite 900
Austin, TX 78701-1659

Midtown Commons II Apartment Community, LLC
400 W. 15th Street
Suite 900
Austin, TX 78701-1659

Eric J. Millner
Bourland, Wall & Wenzel, P.C.
301 Commerce St., Ste 1500
Ft. Worth, TX 76102-4115


Miner Ltd. dba Overhead Door Company of
South Central Texas Coastal Plains
2006 Longwood Drive
Brenham, TX 77833-5242

Brian L. Mitchell
Neuens Mitchell Bonds, pllc
2021 S. Lewis Ave. Ste. 660
Tulsa, OK 74104-5731

Michael S. Mitchell
DeMarco-Mitchell, PLLC
1255 West 15th Street
805
Plano, TX 75075-7225

Joshua Aaron Mize
Morris, Manning & Martin, LLP
1401 Eye St. N.W., Ste. 600
Washington, DC 20005-2225

Mobile Mini
4646 E, Van Buren St.
4th Fl.
Phoenix, AZ 85008-6927

Mobile Modular Management Corporation
c/o Niel Bansraj
5700 Las Positas Rd.
Livermore, CA 94551-7806


J. Seth Moore
Condon Tobin Sladek Thornton, PLLC
8080 Park Lane
Suite 700
Dallas, TX 75231-5920

Mustang Station Ltd
c/o Western Securities
5300 Town & Country Blvd
Suite 265
Frisco, TX 75034-6913

Mustang Station, Ltd.
c/o R. Sean McDonald
Peckar & Abramson, PC
8080 N. Central Expy.
Suite 1600, LB 65
Dallas, TX 75206-1838


NANCE'S RESIDENTIAL & COMM
CLEANING SERVICE LLC
14343 E. RIDGE ROAD
ARP, TX 75750-9792

NAPCO  PRECAST , LLC
6949 Low Bid Lane
San Antonio, TX 78250-4632

NAPCO Precast, LLC
c/o Misty A. Segura
1221 Lamar Street, 16th Floor
Houston, TX 77010-3039


NATIONAL CONSTRUCTION RENTALS
PO BOX 4503
PACOIMA, CA 91333-4503

NATIONAL EXEMPTION SERVICE, LL
604 Packard Court
Suite A
Safety Harbor, FL 34695-3099

NATIONWIDE GUTTER, LLC.
4312 REEDER DRIVE
CARROLLTON, TX 75010-4535


NICHOLS ENGINEERING
2700 West Anderson Lane
Suite 205
Austin, TX 78757-1324

NWP SERVICES CORPORATION
535 Anton Blvd, Suite 1100
Costa Mesa, CA 92626-7699

NYSTROM INC
9300 73RD AVENUE
BROOKLYN PARK, MN 55428-1013


M. Forest Nelson
Burt Barr & Associates, L.L.C.
203 East Colorardo Blvd.
Dallas, tx 75203-1211

Michael Nelson
Burt Barr & Associates, L.L.P.
203 E. Colorado Blvd.
Dallas, TX 75203-1211

Nelson Jones
1017 Long Prairie Road
Suite 203
Flower Mound, TX 75022-4224


NexMetro Development, LLC, an Arizona limite
Higier Allen & Lautin, P.C.
c/o Jason T. Rodriguez
The Tower at Citiplace
2711 N. Haskell Ave., Suite 2400
Dallas, TX 75204-2926

NexMetro Premier, LP
Higier Allen & Lautin, P.C.
c/o Jason T. Rodriguez
The Tower at Citiplace
2711 N. Haskell Ave., Suite 2400
Dallas, TX 75204-2926

Lisa M. Norman
3900 Essex Lane, Suite 800
Houston, TX 77027-5198


Notlex Truss
8800 FM 916
Grandview, TX 76050-4724

Timothy W. O'Neal
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231

OAKHURST SIGNS
12445 62ND STREET NORTH
SUITE 305
LARGO, FL 33773-3717


OASIS PLUMBING AND MECHANICAL
12316A N.May Ave #187
OKLAHOMA City, OK 73120-1944

OMEGA MECHANICAL INC.
c/o John S. Warren
606 N. Carancahua St., Ste. 601
Corpus Christi, TX 78401-0630

OTIS ELEVATOR COMPANY
1725 S. Main Street
Tulsa, OK 74119-4819


OVERHEAD DOOR CO. OF TYLER
2000 Anthony Drive
Tyler, TX 75701-8499

OVERHEAD DOOR SOUTHCTRL
2006 Longwood Drive
Brenham, TX 77833-5242

Oasis Plumbing & Mechanical, LLC
c/o Neuens Mitchell Bonds, pllc
2021 S. Lewis Ave., Suite 660
Tulsa, OK 74104-5731

Ocean Airline 191, Ltd
c/o Andrews Myers, PC
Attn: Josh Judd
3900 Essex Lane
Suite 800
Houston, TX 77027-5198

Ocean Airline 191, Ltd.
c/o Josh Judd
Andrews Myers, P.C.
3900 Essex Lane, Suite 800
Houston, Texas 77027-5198

PAINT IT
3400 SW 126TH STREET
OKLAHOMA City, OK 73170-5402

PARAMOUNT BUILDING PRODUCT
10036 NW 137TH Street
VIKON, OK 73099-8228

PARRISH AND COMPANY
3600 E Old Settlers Blvd
ROUND RORCK, TX 78665-9460

PERFORMANCE MECHANICAL
2909 Durant CT
Granbury, TX 76049-7013

PHD CONSTRUCTION SERVICES
1701 N. GREENVILLE AVE.
SUITE 602
RICHARDSON, TX 75081-1846

PITNEY BOWES
Global Financial Services LLC.
PO Box 371887
Pittsburg, PA 15250-7887

PITNEY BOWES PURCHASE POWER
PO Box 371874
Pittsburgh, PA 15250-7874

PLY GEM WINDOWS
5020 Weston Parkway Ste 400
Cary, NC 27513-2322

PRECISION STUCCO & STONE INC.
1414 Shafter Avenue
Odessa, TX 79761-3131

PREMIER WEATHERPROOFING OF TX
5213 A Tacoma Drive
Houston, TX 77041-7045

Beauchamp M. Patterson
10th Fl. Two Leadership Square
211 N. Robinson
Oklahoma City, OK 73102-7109

Blair Pifer
C/O Michael S. Mitchell
1255 West 15th Street
Suite 805
Plano, TX 75075-7225

Glenn A. Portman
Bennett, Weston & LaJone, P.C.
1603 LBJ Freeway, Suite 280
Dallas, TX 75234-6001

Chuck Portz
Portz, Portz & Pena
411 Fannin Street, Suite 200
Houston, TX 77002-2040

Premier Weatherproofing, LLC d/b/a Premier W
c/o William R. Sudela
Crady, Jewett & McCulley, LLP
2727 Allen Parkway, Suite 1700
Houston, Texas 77019-2125

Premier Weatherproofing, LLC d/b/a Premier W
c/o William R. Sudela
Crady, Jewett & McCulley, LLP
2727 Allen Parkway, Suite 1700
Houston, TX 77019-2125

Louis J. Price
McAfee & Taft A Professional Corporation
10th Fl. Two Leadership Sq.
211 N. Robinson
Oklahoma City, OK 73102-7109

QUALITY IRRIGATION, INC.
PO BOX 6298
EDMUND, OK 73083-6298

QUICKSILVER CONSTRUCTION SERVICES
10801 Marble Road
Austin, TX 78750-1515

Quick Roofing
100 E. Broadway
Kennedale, TX 76060-3263

R&S COMMERCIAL SERVICES LP
10462 Plano Road
Dallas, TX 75238-1312

R. BARRIENTOS PAINT CONT. INC.
2758 Club Ridge Drive
Lewisville, TX 75067

R.M. MASONRY & STUCCO, INC.
1521 Lincoln Ave
Ft Worth, TX 76164-8840

RADLEY STAFFING LLC
13003 Southwest Freeway Suite 180
Stafford, TX 77477-4119

RAM TOOL & SUPPLY CO
PO Box 743487
Atlanta, GA 30374-3487

RAMCO CONTRACTORS, INC.
Melissa L. Celeste
PO Box 140733
Dallas, TX 75214-0733

RAMS PAINTING CO LLC
821 Grand Ave.
Pkwy Suite 303
Pflugerville, TX 78660-2196

RANGER ELECTRICAL INC.
PO BOX 3153
FLINT, TX 75762-3151

RANGER FIRE INC
1000 S. Main Street
Suite 150
Grapevine, TX 76051-7586

RASA FLOORS
P.O. Box 619130
Dallas, TX 75261-9130

REED ENGINEERING GROUP INC
2424 Stutz  Suite 400
Dallas, TX 75235-6500


REPUBLIC NAT'L INDUSTRIES OFTX
1400 Warren Drive
Marshall, TX 75672-5893

RM Masonry & Stucco
Raul Martinez
1521 Lincoln Ave.
Fort Worth, TX 76164-8840

ROCK ENGINEERING AND TESTING LAB
6817 Leopard Street
Corpus Christi, TX 78409-1703


RONALD KEITH VERDELL
6597 INDIAN STREET
NAVARRE, FL 32566-8203

ROOF-CARE INC.
317 BRIDGERS HILL ROAD
LONGVIEW, TX 75604-9621

ROTO ROOTER SEWER AND DRAIN
2410 W NINE MILE RD
Pensacola, FL 32534-9419


(p)ROYAL FINISH INC
12225 GREENVILLE AVE
STE 700
DALLAS TX 75243-9338

ROYAL KIM MAINTENANCE INC.
18231 Apache Drive
San Antonio, TX 78259

ROYAL PROFESSIONAL CLEANING
Services Plus LLC
214 Southgate Drive
Crestview, FL 32539-6377


RPM xConstruction, LLC
5208 Tennyson Parkway
Suite 130
Plano, TX 75024-4207

RPMxCONSTRUCTION,LLC
Stewart Shurtleff
13737 Noel Rd, Suite 850
Dallas TX 75240-1331

RUDD ALARMS
PO Box 298
Tyler, TX 75710-0298


RUMSEY CONSTRUCTION LLC
5317 INVERRARY DRIVE
Plano, TX 75093-4146

Rasa Floors & Carpet Cleaning, LLC
Craig A. Bernstein
3710 Rawlins St.
Suite 1300
Dallas, TX 75219-4238

Jason T. Rodriguez
Higier Allen & Lautin, P.C.
The Tower at Cityplace
2711 N. Haskell Ave., Suite 2400
Dallas, TX 75204-2926


Roto-Rooter Plumbing and Drain
222 FLATO RD
Corpus Christi, TX 78405-4203

Rumsey Construction, LLC
c/o D. M. Dalton, Jr.
8828 Greenville Ave.
Dallas, TX 75243-7143

Ruth Yeager, Assistant United States Attorne
110 N. College Street, Ste. 700
Tyler, Texas 75702-7237


S&S TILE LTD
c/o J. Michael McBride, PC
6300 Ridglea Place, Suite 101
Fort Worth, TX 76116-5700

SA CITISCAPES, LLC
Law Offices of
A. Federico Longoria, III PC
130 East Travis St., Suite 350
San Antonio, TX 78205-1784

SGS LANDSCAPE CONSULTANTS,LLC
4275 Creek Park Drive
Suite 100
Suwanee, GA 30024-3991


SHELTER  PRODUCTS INC
1490 SE Gideon Suite 100
Portland, OR 97202-2463

SHEPHERD FIELD AND OFFICE LLC
PO Box 2738
Quinlan, TX 75474-0046

SHERWIN WILLIAMS
4232 Gulf Breeze Parkway
Gulf  Breeze, FL 32563-3509


SILICONE SPECIALTIES
PO Box 50009
Tulsa, OK 74150-0009

SILLS-SWINDELL INC
PO Box 332
Cedar Hill, TX 75106-0332

SLS CLEANING/JANITORIAL SVC
1005 MONTCLAIR RD
PENSACOLA, FL 32505-2631

SOUTHERN FLOOR SYSTEMS
7012 Pine Forest Road
Pansacola, FL 32526-3920

SOUTHWEST UNDERLAYMENT CONCEPTS
2800 WILLIAM D TATE SUITE 300
GRAPEVINE, TX 76051-4326

SPECIALTY CONCRETE COATINGS TX
5213 A Tacoma Drive
Houston, TX 77041-7045


STAFF ZONE
PO Box 890722
Charlotte, NC 28289-0722

STANDARD TESTING AND ENGINEERING
3400 N Lincoln Blvd
OKLAHOMA City, OK 73105-5493

STAPLES BUSINESS ADVANTAGE INC
PO Box 83689
Chicago, IL 60696-3689


STAR TEX GASOLINE AND OIL
5412 Leopard Street
Corpus Christi, TX 78408-2509

STARTPOINT EXCAVATION LLC
1301 High Chaparral Drive
Leander, TX 78641-3609

STI,LLC
1617 Peachleaf Suite 116
Houston, TX 77039-1242


STONE MILL , INC.
15 East 1st St. S
Bixby, OK 74008

STRIPE A ZONE, INC.
2714 W Sherman Street
Grand Prairie, TX 75051-1082

STRIPECO OF TEXAS, LLC
661 E MAIN STREET
SUITE 200-151
MIDLOTHIAN, TX 76065-3340


SUNBELT DRYWALL CONSTRUCTION
12589 Prospero Drive
Pensacola, FL 32506-9622

SUNBELT RENTALS
PO Box 409211
Atlanta, GA 30384-9211

SUNSET BLINDS, LLC
2913 Jeremy Drive
Mesquite, TX 75181-1683


SWEEP ACROSS TEXAS
1512 Dungan Lane
Autsin, TX 78754-4022

SWP CONSTRUCTION, LLC
Cutler-Smith
12750 Merit Drive
Suite 1450
Dallas, TX 75251-1221

Sheila Sayne
Neuens Mitchell Bonds, pllc
2021 S. Lewis Ave. Ste. 660
Tulsa, OK 74104-5731


Schindler Elevator Corporation
1530 Timberwolf Drive
Holland, OH 43528-9161

Patrick J. Schurr
Scheef & Stone, L.L.P.
2600 Network Boulevard
Suite 400
Frisco, TX 75034-6010

Joshua P. Searcy
Searcy & Searcy, P.C.
PO Box 3929
Longview, TX 75606-3929


Shelter Products, Inc.
c/o Coats Rose, P.C.
9 Greenway Plaza
Suite 1100
Houston, TX 77046-3653

Shelter Products, Inc.
Ben L. Aderholt
9 Greenway Plaza, Suite 1100
Houston, TX 77046-3653

William Stewart Shurtleff
5420 LBJ Freeway, Suite 900
Dallas, TX 75240-6284


Steve Skarnulis
400 W. 15th Street, Ste. 900
Austin, TX 78701-1659

South Texas Innovations, LLC
STI, LLC
1617 Peachleaf
Suite 116
Houston, TX 77039-1242

Southern Floor Systems
P.O. Box 37248
Pensacola, FL 32526-0248


Southwest Underlayment Concepts, Inc.
2800 William D Tate, Suite 300
Grapevine, TX 76051-4326

Laurie A. Spindler
Linebarger, Goggan, Blair & Sampson
2777 N. Stemmons Frwy Ste 1000
Dallas, TX 75207-2328

Eric W. Stall
Swab & Stall
2021 S. Lewis Ave. Ste. 335
Tulsa, OK 74104-5719

William R. Sudela
Crady Jewett & McCulley. LLP
2727 Allen Parkway, Suite 1700
Houston, TX 77019-2125

TCI PENSACOLA
495 South High Street
Suite 50
Columbus, OH 43215-5689

TEALSTONE COMMERCIAL INC.
2612 Sirius Drive
Denton, TX 76208-1053


TEK-RAIL, INC.
c/o NCS
729 Miner Road
Highland Heights, OH 44143-2117

TEXAS THRONE LLC
340 Lema
Portland, TX 78374-4013

TIGRAS, INC.
3707 QUEEN ELIZABETH DRIVE
OCEAN SPRINGS, MS 39564-3340


TIPTON EXCAVATING , INC.
PO Box 673
Edmond, OK 73083-0673

TREE MOVERS, INC.
8056 96TH CT S
BOYNTON  BEACH, FL 33472-4404

TRINITY CABLING COMPANY
P.O. Box 101897
Fort Worth, TX 76185-1897


TRINITY HEARTH & HOME, INC.
1358 W. North Carrier Parkway
Grand Prairie, TX 75050

TTC Equipment & Supply, LLC
Griffith Davison & Shurtleff, P.C.
13737 Noel Road, Suite 850
Dallas, TX 75240-1331

TTC Equipment & Supply, LLC
c/o Aaron Capps
Griffith Davison & Shurtleff, P.C.
13737 Noel Road, Suite 850
Dallas, Texas 75240-1331


TURF APPEAL INC.
PO Box 13551
Oklahoma City, OK 73113-1551

Tealstone Commercial, Inc.
Eric J. Millner
301 Commerce Street
Ste. 1500
Fort Worth, TX 76102-4115

Tejas Specialty Concrete Coatings, LLC d/b/a
c/o William R. Sudela
Crady, Jewett & McCulley, LLP
2727 Allen Parkway, Suite 1700
Houston, Texas 77019-2125


Tejas Specialty Concrete Coatings, LLC d/b/a
c/o William R. Sudela
Crady, Jewett & McCulley, LLP
2727 Allen Parkway, Suite 1700
Houston, TX 77019-2125

Timothy Kevin Maddox
661 Pineapple Place
Venice, FL 34293-5223

Tod Allen dba COUNTRY LIVING POOLS
J. Seth Moore
8080 Park Lane, Ste. 700
Dallas TX 75231-5920


Travelers Casualty and Surety Company of Ame
1301 Solana Blvd.
Building 1, Suite 1545
Westlake, TX 76262-1659

Travelers Casualty and Surety Company of Ame
c/o Keith A Langley
Langley LLP
1301 Solana Blvd., Bldg 1, Ste 1545
Westlake, TX 76262-1689

Trinity Hearth & Home, Inc.
901 Main Street
Suite 6515
Dallas, TX 75202-3782


U.S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

UNITED SITE SERVICES TX INC
c/o United Site Services, Inc.
50 Washington St., Suite 1000
Westborough, MA 01581-1013

UNIVERSAL PAINTING LLC
9150  ARAND DRIVE
PENSACOLA, FL 32514-7661


UNLIMITED CONTRACTING GROUP
13228 WILLOWBROOK DRIVE
NEW ORLEANS, LA 70129-1028

URBAN LAWN & LANDSCAPE, INC.
PO Box 32804
OKLAHOMA City, OK 73123-1004

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231


USA MOLDGUARD INC.
2911 E. Miraloma Ave
Apt. 34
Anaheim, CA 92806-1843

VIKING FENCE CO LTD
2975 Industrial Lane
Garland, TX 75041-2308

VISION WINDOW COVERINGS, LLC
1417 Foothill Drive
Hurst, TX 76053-3861

VP & R CONSTRUCTION, INC.
8222 VICAR
San Antonio, TX 78218-1540

WASTE MANAGEMENT OF FLORIDA
PO BOX 9001054
Louisville, KY 40290-1054

WHICH JUAN SERVICES
514 YORKTOWN DRIVE
Garland, TX 75043-2338


WHITESIDE ELECT CONTRACTOR
11259 GOODNIGHT LANE #1124
DALLAS, TX 75229-3348

WIRING SOLUTIONS, LLC
PO BOX 890960
OKLAHOMA City, OK 73189-0960

WJM PAINTING & REMODELING
1817 NE 28TH STREET
OKLAHOMA City, OK 73105


WOOD CONCEPTS, INC.
PO Box 150007
Tulsa, OK 74115-0007

Walker & Dunlop, LLC
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219-7673

Sarah St. John Walton
Phillip A. Bates, P.A.
PO Box 1390
Pensacola, FL 32591-1390


Waste Connections of Oklahoma, Inc.
4625 S. Rockwell
Oklahoma City, OK 73179-6415

Waste Management
2625 W Grandview Rd Ste 150
Phoenix, AZ 85023-3109

Waste Managment of Texas
P.O. Box 660345
Dallas, TX 75266-0345


Wholelife Properties, LLC
c/o Melissa Hayward
Franklin Hayward LLP
10501 N. Central Expy., Ste. 106
Dallas, TX 75231-2203

David L. Woods
McGuire, Craddock & Strother, P.C.
2501 N. Harwood, Suite 1800
Dallas, TX 75201-1613

Xerox Corporation
c/o V.O. Adams
1303 Ridgeview Drive - 450
Lewisville, TX 75057-6018


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


ROYAL FINISH
12225 Greenville Avenue Suite 700
Dallas, TX 75243


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Aber Fence & Supply Co. Inc.
12239 Mosielee Street
Houston, TX 77086-3519

(d)Advanced Framing Constr
8553 North Beach Street 341
Keller, TX 76244-4919

(d)Alpha Concrete Contractors, Inc.
P.O. Box 5010
Longview, TX 75608-5010


(d)Casey Hyman Plumbing, Inc.
5650 Dixie Dr. A
Pensacola, FL 32503-2255

(d)Cemplex Group TX, BH Group
5225 Norwood Road
Dallas, TX 75247-5822

(d)General Electric/GE Appliances Inc.
PO Box 840136
Dallas, TX 75284-0136

(d)Glasshouse
919 Dragon Street
Dallas, TX 75207-4203

(d)HR Mechanical LLC
19  Harbour Drive
Houston, TX 77058-4207

(d)LMI Landscapes, Inc.
1437 Halsey Way
Carrollton, TX 75007-4410

(d)Legacy Construction
11450 US Hwy 380
Suite 130, Box 123
Cross Roads, TX 76227-8322

(d)MQ Apple Grove Villas Housing, L.P.
c/o Locke Lord LLP
Attn: W. Steven Bryant
600 Congress Ave., Ste. 2200
Austin, TX 78701-3055

(d)Notlex Truss
8800 FM 916
Grandview, TX 76050-4724

(d)Timothy W. O'Neal
Office of the U.S. Trustee
110 N. College Ave., Ste. 300
Tyler, TX 75702-7231

(d)Oasis Plumbing & Mechanical LLC
12316A N. May Ave. #187
Oklahoma City, OK 73120-1944

(u)Pedro Reyes
Need Address

(d)Performance Mechanical
2909 Durant Ct.
Granbury, TX 76049-7013

(d)R&S Commercial Services LP
10462 Plano Road
Dallas, TX 75238-1312

(d)Ranger Electrical Inc.
PO Box 3153
Flint, TX 75762-3151

(d)Rumsey Construction, LLC
c/o D. M. Dalton, Jr.
8828 Greenville Ave.
Dallas, TX 75243-7143

(d)Sills-Swindell Inc.
PO Box 332
Cedar Hill, TX 75106-0332

(d)StripeCo of Texas, LLC
661 E Main St, Ste 200-151
Midlothian, TX 76065-3340

(d)Tealstone Commercial, Inc.
2612 Sirius Drive
Denton, TX 76208-1053

(d)Wholelife Properties, LLC
c/o Melissa Hayward
Franklin Hayward LLP
10501 N. Central Expy., Ste. 106
Dallas, TX 75231-2203

End of Label Matrix
Mailable recipients   434
Bypassed recipients    23
Total                 457