
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | § | |
|---|---|---|
| IN RE | § | |
| | § | |
| BBL Builders, L.P. | § | Case No 16-41880 |
| 15770 N. Dallas Parkway | § | |
| Suite 300 | § | |
| Dallas, TX 75248 | § | |
| Tax ID / EIN: 14-1831973 | § | |
| | § | Chapter 11 |
| Debtor-in-possession | § | |

## AGREED ORDER GRANTING MOTION TO DISMISS OR CONVERT

The court has considered the Motion of the United States Trustee to Dismiss or Convert, or for Alternative Relief and upon the agreement of the United States Trustee and the Debtor, is of the opinion that the motion should be granted. Accordingly it is hereby:

ORDERED that this case is **DISMISSED**. It is further ordered that the Debtor shall pay all United States Trustee fees due and owing pursuant to 28 U.S.C. §1930(a)(6) within ten days of the date of entry of this order.

SO ORDERED AND ADJUDGED.

Signed on 6/15/2017

*Brenda T. Rhoades*   SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

Agreed to as to form and content:

_____
Timothy W. O'Neal
Assistant U.S. Trustee
Texas Bar 15283350
300 Plaza Tower
110 North College
Tyler, Texas  75702
(903) 590-1450
(903) 590-1461 (Fax)

_____
Eric A. Liepins, P.C.
Attorney for the Debtor
Tx Bar 12338110
Law Office of Eric A. Liepins, P.C.
12770 Coit Road, Suite 1100
Dallas, Texas 75251
Phone: 972.991.5591
FAX: 972.991.5788